United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FELIX ALBERTO MORALES TUR, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-04403 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARTIN FRINK, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Opinion and Order on Dismissal entered this same date.

SO ORDERED.

Signed on June 30, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge